UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                            No. 10 CR 905-LTS

                Plaintiff,

      -against-

DENNIS DURAN,

                Defendant.
-------------------------------------------------------x

<u>ORDER</u>

        The Court has received and reviewed Defendant's motion for early termination of his term of supervised release. (Docket Entry No. 2334.) Defendant indicates that the Government has no objection to this request, but that the probation officer from the Southern District of Florida objects to Defendant's motion. (<u>Id</u>. at 3.) Accordingly, the Probation Office for the Southern District of Florida is hereby directed to file an opposition memorandum explaining the nature of and basis for the officer's objection to Defendant's motion by **September 16, 2020**. Any reply by Defendant must be filed by **September 23, 2020**.

        SO ORDERED.

Dated: New York, New York
       September 8, 2020

                                                            /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge