UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

DENNIS DURAN,

                Defendant.
-------------------------------------------------------x

No. 10 CR 905-LTS

## ORDER

The Court has been informed that the transfer of supervision of Defendant's release, originally ordered by the Court on May 7, 2018 (Docket Entry No. 2284), has been finalized. The Court has forwarded Defendant's motion for early termination of supervised release to the relevant Court. All further requests and inquiries should be directed to that Court.

This order resolves Docket Entry No. 2334.

SO ORDERED.

Dated: New York, New York
       September 22, 2020

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         United States District Judge